# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH RANDALL MAHON, III

NO. 2024 KW 0011

**FEBRUARY 26, 2024**

---

In Re:     State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4374-F-2021.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

**MRT
AHP
HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT